BINGHAM MCCUTCHEN LLP
Michael A. Sherman (SBN 94783)
Nicolette L. Young (SBN 280810)
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
Telephone:  213.680.6400
Facsimile:   213.680.6499
Email:  michael.sherman@bingham.com

Attorneys for Defendant
VONAGE AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MERKIN and JAMES SMITH, individually and on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>VONAGE AMERICA, INC. and DOES 1-100,<br><br>Defendants. | No. 2:13-CV-8026-CAS(MRWx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VONAGE AMERICA INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Hearing<br>Courtroom 5<br>Time: 10:00 A.M.<br>Date:  January 6, 2014<br><br>Judge:  Hon. Christina A. Snyder |

A/75846724.1

Having considered the papers submitted in connection with Defendant Vonage America Inc.'s Motion to Compel Arbitration (the "Motion"), including any opposition thereto and reply in support thereof,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that plaintiffs Arthur Merkin and James Smith shall arbitrate their individual claims in the manner provided for in their written agreement with Vonage America Inc.

IT IS FURTHER ORDERED that this action is dismissed with prejudice in favor of said arbitrations.

Dated: _____, 2014.

_____
The Hon. Christina A. Snyder
U.S. District Court Judge

A/75846724.1